Marie D. Dwyer, appellee, v. Etta L. Dwyer, administratrix of the estate of James M. Dwyer, deceased, appellant. Gen. No. 26,784.

Suit to determine ownership of funds deposited in a bank, to direct payment by the bank to complainant and to enjoin defendant administratrix from claiming such funds and to compel her to deliver to complainant the pass book evidencing the account. Decree

granted. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed April 3, 1922.

Joshua R. H. Potts, for appellant; Brayton G. Richards, of counsel. Goldzier, Rodgers & Froehlich, for appellee.

Mr. Justice Matchett delivered the opinion of the court.